# Exhibit 1

A**SOOS**OCIATES

August 11, 2009

Mr. Gregg Elstro
MW Regional Construction
Manager
Five Guys Burgers and Fries
311 N. Fremont Street.
Naperville, IL   60540

RE:     **Five Guys Burgers & Fries**
        **A/E Services for the development and management of Corporate Design**
        **Standards**

Dear     Gregg:

On behalf of Soos and Associates, Inc. I would like to thank you for the opportunity to submit this proposal for architectural services for Five Guys Burgers & Fries.  Our goal is to provide you with comprehensive architectural services that parallel your programming.  The following includes a description of our understanding of the services required.

**PROJECT UNDERSTANDING:**       Five Guys Burgers and Fries (client) is planning to retain Soos and Associates, Inc (Soos) for architectural consulting services to create and manage a distribution platform for their corporate design/development standards. The standards will be stored on an internet based ftp site.  The ftp site will allow corporate personnel, franchisees, and other authorized parties the ability to view and download files and information needed to assist in maintaining the restaurants branded image and approved specification during development, design and construction.

The account for the ftp site will be contracted directly with the client who will authorize Soos to manage it.  It will be the responsibility of the client to notify Soos of any security concerns so that passwords or access can be changed to secure the site.

Goals and fees for the development of the site are listed below.

**SCOPE OF SERVICES:**

**Development Manual:**       Soos will prepare a development manual consisting of the following:
- Development Guidelines
- Architectural Checklist
- MPE Checklist
- Standard Store Layouts
- Schedules (finish, equipment, etc)

Soos & Associates, Inc.          105 Schelter Road
Planning, Architecture,          Lincolnshire, IL 60069
Interiors                        p: 847 821 7667   f: 847 821 8570
D:\Proposals\Proposals & Contracts\Proposals & Contracts\Five Guys Enterprises\FGO Proposals\09-08-11 corp std

**A**SOOS**OCIATES**

- Manufacturer specification sheets
- Photos of typical restaurant
- Signage Standards
- List of Approved Vendors

The format will be similar to that of a reference book with a table of contents to assist with navigation through manual.

The information contained in the manual will be inclusive of current standards received from client or the client's representative(s) as well as items developed by Soos.

Updates to the manual are not included in this scope.

Hardcopy reproductions of the manual will be billed as a reimbursable expense.

Three (3) compact disks containing a single PDF version of the development manual will be provided to the client.

**Cad Files and Architectural Support Documents:**

Soos will prepare cad files to be posted on a third party FTP (file transfer protocol) site. These files shall include:
- Provide research and report back to client assist client in making an appropriate FTP selection
- Typical store layout(s) as approved by the client
- Typical details
- Drawings illustrating critical plan and elevation dimensions
- Finish schedules
- Sections from the development manual as approved by the client.

This service includes uploading the initial information onto the FTP site. FTP site contracted directly with Five Guys with FTP site vender.
Management and updating the information on the FTP after the initial upload is not included in this scope.

**Maintenance:**

Updates/ new releases of the development manual, FTP site and as requested by the client will be billed separately based on an hourly rate. These services will be billed at the end of each month, if applicable. If the revision warrants a flat fee may be negotiated and/or if third party consultants are required for the revision their fee will be billed as a reimbursable.

Soos & Associates, Inc.
Planning, Architecture,
Interiors

105 Schelter Road
Lincolnshire, IL 60069
p: 847 821 7667  f: 847 821 8570

D:\Proposals\Proposals & Contracts\Proposals & Contracts\Five Guys Enterprises\FGO Proposals\09-08-11 corp std

A**SOOS**OCIATES

## SUMMARY OF ANTICIPATED PROJECT FEES:

Fees as indicated by the Scope of Services above:

| | |
|---|---|
| Development Manual | $8,500.00 |
| Cad files & Architectural Support Documents | $4,200.00 |

**PROJECT SUBTOTAL (not including maintenance)**      **$12,700.00**

| | | |
|---|---|---|
| Maintenance (billed hrly at the end of each month) | est: 10 hrs | $900.00 |
| Hardcopy reproductions of Development Manual | | $275.00/ea |

**PAYMENT SCHEDULE:  Architectural Services will be invoiced by phase as listed in the Summary of Anticipated Project Fees.  Reimbursable expenses will be billed separately.**

**FEE SCHEDULE:**      Additional services can be provided as a negotiated fee or hourly, as per the schedule below.

Fee Structure:

| | |
|---|---|
| Principal Services | $175.00 per hour |
| Construction Document Services | $ 90.00 per hour |
| Structural Engineering | $175.00 per hour |
| Mechanical Engineering | $100.00 per hour |
| Zoning Presentation / Meeting(s) | $1,250.00 /presentation |

**CONTRACT:**      This proposal signed

**REIMBURSABLES:**      These expenses are not included in any proposed dollar amount. They are billed at cost plus 12%

Plotting
Black-line Prints
Mailings / Overnight Delivery
Courier Service
Product Sample Cost or Mock-Ups
Municipality Fees
Renderings
Travel Expenses
Municipal Codes
Consultant Fees
Expeditor Fees

**NOT INCLUDED AT THIS TIME:**

Rendering(s)
Fire Protection / Alarm Design & Permitting
Signage design or permitting

Thank you for the opportunity for Soos and Associates to submit this proposal for your project(s). We look forward to working with you and Five Guys. Please do not hesitate to contact me with any questions you may have.

Soos & Associates, Inc.
Planning, Architecture,
Interiors

105 Schelter Road
Lincolnshire, IL 60069
p: 847 821 7667  f: 847 821 8570

D:\Proposals\Proposals & Contracts\Proposals & Contracts\Five Guys Enterprises\FGO Proposals\09-08-11 corp std

A**SOOS**OCIATES

Sincerely,


Melanie Soos                                           Acceptance:
Principal/President                                    Five Guys Enterprises. LLC.
Soos & Associates, Inc.

Soos & Associates, Inc.        105 Schelter Road
Planning, Architecture,         Lincolnshire, IL 60069
Interiors                       p: 847 821 7667  f: 847 821 8570
D:\Proposals\Proposals & Contracts\Proposals & Contracts\Five Guys Enterprises\FGO Proposals\09-08-11 corp std