# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SOOS & ASSOCIATES, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| -v- ) | Civil Action No. 1:17-cv-06577 |
| ) | |
| FIVE GUYS ENTERPRISES, LLC, ) | JURY TRIAL DEMANDED |
| FIVE GUY OPERATIONS, LLC, ) | |
| DXU ARCHITECTS and ERIC ) | Honorable Joan H. Lefkow |
| STYER, ) | Magistrate Judge Maria Valdez |
| ) | |
| *Defendants*. ) | |
| ) | |

## AGREED MOTION FOR ENTRY OF RULE 502(d) ORDER

The current protective order (Dkt. No. 83) does not expressly provide protection for inadvertently produced information that may be subject to privilege and does not incorporate the protections of Fed. R. Evid. 502(d). Having met and conferred, all parties agree that entry of the proposed Rule 502(d) order attached to this motion as Exhibit 1 would be helpful to the efficient exchange of discovery in this matter.

WHEREFORE, defendants Five Guys Enterprises, LLC and Five Guys Operations, LLC respectfully requests that this Court grant this agreed Motion and enter the order attached as Exhibit 1.

Dated: March 26, 2019    Respectfully submitted,

*/s/* Robert D. Leighton
Jerry William Boykin (*admitted pro hac vice*)
Kandis M. Koustenis (*admitted pro hac vice*)
Bret Marfut (*admitted pro hac vice*)
**PROTORAE LAW PLLC**

1921 Gallows Road, Suite 950
Tysons, VA 22182
(p) 703-749-8507
(f) 703-942-6758
jboykin@protoraelaw.com
kkoustenis@protoraelaw.com
bmarfut@protoraelaw.com

Robert Leighton
**GOLDBERG KOHN**
55 East Monroe Street, Suite 3300
Chicago, IL 60603
(p) 312-201-4000
(f) 312-332-2196
robert.leighton @goldbergkohn.com

*Counsel for Defendants Five Guys Enterprises, LLC and Five Guys Operations, LLC*