# EXHIBIT 1

**Exhibit 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SOOS & ASSOCIATES, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| -v- ) | Civil Action No. 1:17-cv-06577 |
| ) | |
| FIVE GUYS ENTERPRISES, LLC, ) | JURY TRIAL DEMANDED |
| FIVE GUY OPERATIONS, LLC, ) | |
| DXU ARCHITECTS and ERIC ) | Honorable Joan H. Lefkow |
| STYER, ) | Magistrate Judge Maria Valdez |
| ) | |
| *Defendants*. ) | |
| ) | |

## [PROPOSED] ORDER

Having considered the Agreed Motion For Entry Of Rule 502(d) Order (the "Motion"), the Court finds that the Motion should be granted.

IT IS HEREBY ORDERED:

1. Pursuant to Federal Rule of Evidence 502(d), the production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to apply to productions made by third parties in response to subpoenas.

Date:_____ _____
JOAN HUMPHREY LEFKOW
United States District Judge