**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| SOOS & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:17-cv-6577 |
| v. ) | |
| ) | Judge Mary M. Rowland |
| FIVE GUYS ENTERPRISES, LLC, ) | |
| FIVE GUYS OPERATIONS, LLC, DXU ) | Magistrate Judge Maria Valdez |
| ARCHITECTS and ERIC STYER, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT FOR REASSIGNED CASE**

The parties present this Joint Status Report at the prior request of the Court.

**I.     Nature of the Case**

    **A.     Attorneys of Record:**

| Attorneys for Plaintiff Soos & Associates | Attorneys for the Five Guys Enterprises, LLC and Five Guys Operations, LLC (Primary Counsel) |
|---|---|
| Kevin Tottis (ARDC No. 6193853) (Lead Counsel)<br>ktottis@tottislaw.com<br>Monica L. Thompson (ARDC No. 6181455)<br>mthompson@tottislaw.com<br>Keith M Stolte (ARDC No. 6244848)<br>kstolte@tottislaw.com<br>One East Wacker Drive, Suite 1205<br>Chicago, IL 60601<br>Tel: (312) 527-1400 | Kandis M. Koustenis (pro hac vice) (Lead Counsel)<br>kkoustenis@protoraelaw.com<br>Jerry William Boykin (pro hac vice)<br>jboykin@protoraelaw.com<br>Michael Stamp (pro hac vice)<br>mstamp@protoraelaw.com<br>Protorae Law PLLC<br>1921 Gallows Road, Suite 950<br>Tysons, Virginia 22182<br>Tel: (703) 749-8507 |
| Attorneys for Defendants DXU, LLC. and Eric Styer | (Five Guys Local Counsel) |
| Matthew P. Connelly (Lead Counsel)<br>mpc@rfclaw.com<br>James B. Novy<br>jnovy@rfclaw.com<br>Alec J. Miller | Robert D. Leighton<br>Robert.Leighton@goldbergkohn.com<br>Kenneth S. Ulrich<br>Kenneth.Ulrich@goldbergkohn.com<br>Goldberg Kohn Ltd. |

1

| | |
|---|---|
| amiller@rfclaw.com<br>Nicholas L. DeBruyne<br>ndebruyne@rfclaw.com<br>Rock Fusco & Connelly, LLC<br>321 N. Clark Street, Suite 2200<br>Chicago, IL 60654<br>Tel: (312) 494-1000 | 55 E. Monroe St., Suite 3300<br>Chicago, IL 60603<br>Tel: (312) 201-4000 |

**B.     Basis for Federal Jurisdiction**

This Court has subject matter jurisdiction over this action pursuant to in 17 U.S.C. §101, *et seq*. and 28 U.S.C. § 1338(a).  In addition, the Court has supplemental jurisdiction of the state law claims pursuant to 28 U.S.C. § 1367(a).

**C.     Brief Description of the Claims and Counterclaims**

Plaintiff Soos & Associates, an architectural firm located in Lincolnshire, Illinois, brought this action pursuant to the Copyright Act, 17 U.S.C. §101, for copyright infringement and violations of the Digital Millennium Copyright Act ("DMCA"), and breach of contract arising out of Defendants' unauthorized copying, distribution and creation of derivative works of Plaintiff's architectural works.

Defendants DXU, an architectural firm located in Chicago and Eric Styer, its Principal, filed a motion seeking leave to assert (i) counterclaims seeking declaratory judgement under the Copyright Act, 17 U.S.C. §101 *et seq*., of invalidity of copyright and implied license, (ii) counterclaims under the Lanham Act, 15 U.S.C., §1125 for trademark dilution and cybersquatting; (iii) a counterclaim under the Sherman Antitrust Act 15 U.S.C. §§1-7 for copyright misuse, and (iv) a counterclaim for unfair competition.  Judge Lefkow denied DXU's initial motion for leave to file an amended pleading and DXU's motion to reconsider is still pending. (Motion seeking leave to amend (Dkt. No. 178) denied (Dkt. No. 184); motion to reconsider (Dkt. No. 187), opposed (Dkt. No. 193) and pending).

2

Defendants Five Guys Enterprises, LLC and Five Guys Operations, LLC (collectively, "Five Guys"), both located in Lorton Virginia, filed a motion seeking leave to assert counterclaims seeking declaratory judgment under the Copyright Act, 17 U.S.C. §101, *et seq*. of non-infringement/license, non-infringement/copyright misuse and a counterclaim for breach of contract. (Motion seeking leave to amend (Dkt. Nos. 95, 96) granted (Dkt. No. 99); motion to strike affirmative defenses and dismiss counterclaims (Dkt. No. 101), opposed (Dkt. No. 103) and pending). Five Guys also filed a motion for judgment on the pleadings to dismiss Counts V and VI of Plaintiff Soos's amended complaint for violations of the DMCA. (Motion for judgment on the pleadings (Dkt. 149), opposed (Dkt. No. 162), and pending.

### D. Relief Sought

Plaintiff seeks injunctive relief, actual damages, statutory damages, disgorgement of Defendants' profits, attorneys' fees and costs. On their proposed counterclaims, Defendants DXU/Styer seek declaratory judgment of noninfringement and copyright invalidity, injunctive relief, actual damages, disgorgement of profits, statutory damages, attorneys' fees and costs. On their counterclaims, Defendants Five Guys seek declaratory judgment of noninfringement and of copyright misuse, actual damages, attorneys' fees and costs.

## II. Discovery and Pending Motions

### A. Pending Motions (No pending motions have been mooted & all require a ruling.)

| Motion and Docket. Number. | Filed | Response | Reply |
|---|---|---|---|
| Soos & Associates' Motion to Dismiss Five Guys' Amended Affirmative Defenses and Dismiss Counterclaims - Dkt. Nos. 101-02 | 11/19/2018 | 12/11/2018 (Dkt. No. 103) | 1/7/2019 Dkt. No. 115) |
| Five Guys Motion for Judgment of the Pleadings - Dkt. Nos. 149-50 | 4/24/2019 | 6/5/2019 | 6/19/2019 |

|  |  | (Dkt. No.162) | (Dkt. No. 171) |
|---|---|---|---|
| DXU/Styer's Motion to Reconsider (denial of their motion to amend their answer to include additional defenses and counterclaims) (Dkt. No. 187) | 7/16/2019 | 8/1/2019 (Dkt. No. 193) | 8/7/2019 (Dkt. No. 194) |

      **B.**    **Mandatory Initial Discovery Pilot – Not Applicable**

      **C.**    **Discovery Efforts**

The parties have exchanged the bulk of their documents, exchanged privilege logs and are finalizing written discovery responses. Initial expert disclosures from all parties were filed on August 9, 2019. Plaintiff filed its responsive expert disclosures on September 13, 2019. Having been granted additional time for responsive expert disclosures because of Plaintiff's amending of its initial expert disclosures, Five Guys and DXU are due to file any responsive expert disclosures on September 19, 2019. Reply expert disclosures are due on October 2, 2019. The parties have scheduled fact and expert witness depositions to be taken over the next month and a half. Discovery has not been bifurcated.

      **D.**    **Substantive Rulings**

Substantive rulings include the Court's order denying Five Guys' Motion to Preclude Statutory Damages (Dkt. No. 61) and the Court's order denying DXU's Motion for Leave to File an Amended Pleading (Dkt. No. 178).

      **E.**    **Anticipated Motions**

Discovery is ongoing and Soos and DXU/Styer have not yet determined whether they will file dispositive motions. Five Guys anticipates filing Daubert motions and a motion for summary judgment. The parties also anticipate filing one or more motions in limine..

**III.**    **Trial**

      **A.**    **Jury Demand**

Soos and Five Guys have demanded trial by jury on all issues triable by a jury. DXU and Styer have not requested trial by jury.

### B. Trial Date

No trial date has been scheduled. Once the Court has issued a ruling on the pending motions, all of which have an impact on the parties' claims, counterclaims and affirmative defenses, the parties will be in a better position to determine when they will be ready for trial.

### C. Pretrial Order

No pretrial order has been filed and no deadline for the filing of a pretrial order has been scheduled.

### D. Length of Trial

The parties anticipate a trial lasting one week.

## IV. Settlement/Referrals and Consent

### A. Referral to Magistrate Judge

The Court referred the case to Magistrate Judge Valdez for discovery supervision and settlement negotiations.

### B. Settlement

Magistrate Judge Valdez conducted a settlement conference on June 20, 2019. The parties were unable to reach a settlement agreement.

### C. Settlement Conference

The parties do not believe that a settlement conference would be fruitful at this time.

### D. Consent to Trial before the Magistrate Judge

Counsel for all parties have discussed the possibility of proceeding before the Magistrate Judge assigned to this case for all purposes, including trial and entry of judgement. The parties

do not unanimously consent to proceeding under the jurisdiction of the Magistrate Judge for all purposes.

Dated: September 17, 2019

Respectfully submitted,

By: */s/ Kevin Tottis*
    One of its Attorneys

Kevin Tottis (ARDC No. 6193853)
ktottis@tottislaw.com
Monica L. Thompson (ARDC No. 6181455)
mthompson@tottislaw.com
Keith M Stolte (ARDC No. 6244848)
kstolte@tottislaw.com
One East Wacker Drive, Suite 1205
Chicago, IL 60601
Tel: (312) 527-1400
Fax: (312) 589-7192

*s/ Nicholas L. DeBruyne*
Matthew P. Connelly
mpc@rfclaw.com
James B. Novy
jnovy@rfclaw.com
Alec J. Miller
amiller@rfclaw.com
Nicholas L. DeBruyne
ndebruyne@rfclaw.com
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
Tel: (312) 494-1000
Fax: (312) 494-1001

*Attorneys for DXU Architects,
a/k/a DXU, LLC*

Robert D. Leighton
Robert.Leighton@goldbergkohn.com
Kenneth S. Ulrich
Kenneth.Ulrich@goldbergkohn.com
Goldberg Kohn Ltd.
55 E. Monroe St., Suite 3300
Chicago, IL 60603
Tel: (312) 201-4000
Fax: (312) 332-2196

*/s/ Kandis M. Koustenis*
Kandis M. Koustenis
kkoustenis@protoraelaw.com
Jerry William Boykin
jboykin@protoraelaw.com
Michael Stamp
mstamp@protoraelaw.com
Protorae Law PLLC
1921 Gallows Road, Suite 950
Tysons, Virginia 22182
Tel: (703) 749-8507
Fax: (703) 942-6758

*Attorneys for Five Guys Enterprises, LLC
and Five Guys Operations, LLC*

**CERTIFICATE OF SERVICE**

Kevin Tottis, an attorney, hereby states that he caused the foregoing **JOINT STATUS REPORT FOR REASSIGNED CASE** to be served via the Court's CM/ECF filing system on September 17, 2019:

| | |
|---|---|
| Robert D. Leighton<br>Robert.Leighton@goldbergkohn.com<br>Kenneth S. Ulrich<br>Kenneth.Ulrich@goldbergkohn.com<br>Goldberg Kohn Ltd.<br>55 E. Monroe St., Suite 3300<br>Chicago, IL 60603<br>Tel: (312) 201-4000<br>Fax: (312) 332-2196<br><br>Kandis M. Koustenis<br>kkoustenis@protoraelaw.com<br>Jerry William Boykin<br>jboykin@protoraelaw.com<br>Michael Stamp<br>mstamp@protoraelaw.com<br>Protorae Law PLLC<br>1921 Gallows Road, Suite 950<br>Tysons, Virginia 22182<br>Tel: (703) 749-8507<br>Fax: (703) 942-6758<br><br>*Attorneys for the Five Guys Enterprises, LLC and Five Guys Operations, LLC* | Matthew P. Connelly<br>mpc@rfclaw.com<br>James B. Novy<br>jnovy@rfclaw.com<br>Alec J. Miller<br>amiller@rfclaw.com<br>Nicholas L. DeBruyne<br>ndebruyne@rfclaw.com<br>Rock Fusco & Connelly, LLC<br>321 N. Clark Street, Suite 2200<br>Chicago, IL 60654<br>Tel: (312) 494-1000<br>Fax: (312) 494-1001<br><br>*Attorneys for DXU Architects, a/k/a DXU, LLC and Eric Styer* |

                                                  /s/ Kevin Tottis
                                                    Kevin Tottis